**DISMISS and Opinion Filed December 15, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-21-00438-CV
_____

## DUSTIN MITCHELL, Appellant
## V.
## LACY MCCULLY, CHRIS ANDOE, JAIDA LYNCH (BURKETT), AND LORI MCCULLY-BUTCHER, Appellees

### On Appeal from the 471st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 471-04001-2019

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Smith
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By postcard dated November 16, 2021, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file his brief by that time might result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  See TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210438F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DUSTIN MITCHELL, Appellant

No. 05-21-00438-CV     V.

LACY MCCULLY, CHRIS
ANDOE, JAIDA LYNCH
(BURKETT), AND LORI
MCCULLY-BUTCHER, Appellees

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-04001-
2019.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered December 15, 2021